JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS TAKSA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation organized under the laws of the State of Delaware; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01575-SVW-SSC<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

The Court, having reviewed Plaintiff's Declaration and Request for Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. This action is dismissed **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: July 9, 2025

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1